IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.215.241.166,<br><br>    Defendant.<br>                                                               / | No. C 16-01600 WHA<br><br>**ORDER EXTENDING DEADLINE TO SERVE DEFENDANT** |

Good cause shown, plaintiff shall have until **NOVEMBER 28** to serve the defendant. If service is not timely made, the action will be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated:   November 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE